*LNE*
*KEG:* USAO# 2025R00511

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. _____26 - 163_____ |
| | * | |
| JAYLAN FULTON, | * | (Possession of Firearm and |
| RAHJEEM GRAVES, | * | Ammunition by a Prohibited Person, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
| Defendants. | * | U.S.C. § 924(d), 21 U.S.C. § 853(p), |
| | * | and 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

****

**INDICTMENT**

**COUNT ONE**
**(Possession of a Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about September 16, 2025, in the District of Maryland, the Defendant,

**JAYLAN FULTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Polymer .80 bearing serial no serial number; and ammunition, to wit, twenty-three (23) rounds of of 9mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

1

## COUNT TWO
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about September 16, 2025, in the District of Maryland, the Defendant,

### RAHJEEM GRAVES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Model CPX-1, 9mm handgun bearing serial number 768086; and ammunition, to wit, ten (10) rounds of of 9mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2.      Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

### JAYLAN FULTON,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense, including but not limited to:

    a.  a Polymer .80 bearing serial  no serial number; and

    b.  approximately twenty-three (23) rounds of 9mm caliber ammunition loaded therein.

### RAHJEEM GRAVES,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense, including but not limited to:

    a.  a Model CPX-1, 9mm handgun bearing serial number 768086; and

    b.  approximately ten (10) rounds of 9mm caliber ammunition loaded therein.

### Substitute Assets

3.     If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

SIGNATURE REDACTED

_____
Foreperson

5/6/26
Date

4